11 CIV 2476

Steven L. D'Alessandro
Benjamin R. Wilson
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel: 212-513-3200
Email: steven.dalessandro@hklaw.com
       benjamin.wilson@hklaw.com

Jonathan E. Strouse
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
Tel: 312-263-3600
Email: jonathan.strouse@hklaw.com
(To be admitted *pro hac vice*)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY HOROWITZ and CAROLYN STANKOVICH,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | No. _____ ( ____ ) |

## PLAINTIFFS' APPLICATION TO FILE REDACTED PLEADINGS PUBLICLY AND UNREDACTED PLEADINGS UNDER SEAL

COMES NOW, Plaintiffs, Jay Horowitz and Carolyn Stankovich, by and through its undersigned counsel, Holland & Knight LLP, applies for an Order to file redacted pleadings

publicly and unredacted pleadings under seal, and upon the Declaration of Benjamin R. Wilson in support of Plaintiffs' application and for good cause shown therein, including that the Complaint and Exhibits A, B, and C contain highly confidential and financially sensitive information, it is respectfully requested that the Court grant Plaintiffs' application: (a) to file publicly a redacted copy of the Complaint (with Exhibits A, B and C filed under seal); (b) to file under seal a complete and unredacted copy of the Complaint (with exhibits); and (c) to serve upon Defendant United States of America a complete and unredacted copy of the Complaint (with exhibits).

Dated: New York, New York
April 11, 2011

HOLLAND & KNIGHT LLP

By: *[signature]*
Steven L. D'Alessandro
Benjamin R. Wilson
31 West 52nd Street
New York, New York 10019
Phone: 212-513-3200
Fax: 212-385-9010
*steven.dalessandro@hklaw.com*
*benjamin.wilson@hklaw.com*

Jonathan E. Strouse
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
Phone: 312-263-3600
Fax: 312-578-6666
*jonathan.strouse@hklaw.com*
(To be admitted *pro hac vice*)

#10202172_v1